## Clampffer *v.* Moore et al., Appellants.

Argued September 19, 1972. *Richard L. Goerwitz, Jr.* and *Louis*

704

*Kassen,* with them *Swartz, Campbell & Detweiler,* for appellants; *Howard J. Creskoff,* with him *Freedman, Borowsky & Lorry,* for appellees.

Judgment affirmed.